**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7752**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JAMES DELBERT HAYES, JR.,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CR-93-402, CA-97-1143-3-0)

———————

Submitted:  April 15, 1999          Decided:  April 19, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Delbert Hayes, Jr., Appellant Pro Se.  Kelly Elizabeth
Shackelford, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hayes, Nos. CR-93-402; CA-97-1143-3-0 (D.S.C. Oct. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED